UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EUGENE J. TALIK, | : | CIVIL ACTION NO. 3:CV-14-1117 |
| Petitioner | : | (Judge Nealon) |
| v. | : | |
| Warden J.E. THOMAS, et al., | : | |
| Respondents | : | |

## ORDER

**AND NOW, THIS 21st DAY OF OCTOBER, 2014**, for the reasons set forth in the Memorandum issued this date, **IT IS HEREBY ORDERED THAT:**

1. Petitioner's application to proceed in forma pauperis, (Doc. 3), is **GRANTED** for the purpose of filing the petition only.

2. The petition for writ of habeas corpus, (Doc. 1), is **DISMISSED**.

3. The Clerk of Court is directed to **CLOSE** this case.

_____
United States District Judge